**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
KAMRAN KHAN                    : CIVIL ACTION
                              :
      Plaintiff               :
                              :
      vs.                     :
                              : NO. 13-CV-1294
LEO VAYN                      :
                              :
      Defendant               :
```

## <u>ORDER</u>

AND NOW, this    11th    day of February, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 14) and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 29), it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED and Judgment is hereby entered in favor of Defendant Leo Vayn and against Plaintiff Kamran Khan as a matter of law on all of the counts set forth in Plaintiff's Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.